IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* [Non-Prisoner] Complaint Form

| | | |
|---|---|---|
| *Enter the full name of the plaintiff in this action* ) | | Civil Action No. _____ |
| ) | | *(to be assigned by Clerk)* |
| MAURICE WYMAN SCOTT ) | | |

v.

*Enter below the full name of defendant(s) in this action. If possible, please list only one defendant per line.*

VERIZON WIRELESS

*If allowed by statute, do you wish to have a trial by jury?*  Yes XX☐          No ☐

## I.     PREVIOUS LAWSUITS

A.    *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes ☐    No XX☐

B.    *If you answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.*

   1.    *Parties to this previous lawsuit:*

         *Plaintiff:* _____

         *Defendant(s):* _____

   2.    *Court:* _____
            *(If federal court, name the district; if state court, name the county)*

   3.    *Docket Number:* _____

   4.    *Name(s) of Judge(s) to whom case was assigned:* _____

   5.    *Status of Case:* _____
            *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

   6.    *Date lawsuit was filed:* _____

   7.    *Date of disposition (if concluded):* _____

C.    *Do you have any other lawsuits pending in the federal court in South Carolina?*

      Yes □      No □

## II.    PARTIES

*In Item A below, place your name and address in the space provided. Do the same for additional plaintiffs, if any.*

A.    Name of Plaintiff: _____

      Address:    _____

*In Item B below, place the full name of the defendant; and his, her, or its address, in the space provided. Use Item C for additional defendants, if any.*

B.    Name of Defendant: _____

      Address:    _____

C.   *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

III.   STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.*

In Criminal Docket #:09-CR-00963-001-MJP, the defendant did with reckless disregard and intentionally provides false testimony, documents, and evidence to the United States of American, US Attorney, South Carolina, causing a criminal conviction based upon false evidence. Such action and misrepresentation represent harm, and both slander, liable, and defamation based upon that harm.

Verizon materially and materially misrepresented losses, and assumed losses from the sale and purchase of Alltel wireless, in respect to numerous cell phone accounts, and in such misrepresented by creating, and designing false documents to create a false charge, and ultimate record, causing a conviction of the plaintiff through the US District Court, Columbia Division, State of South Carolina.

Verizon provided documents misrepresenting an amount of $117,054.37 in total losses for fraudulent cell phone accounts, and materially misrepresented to the government prosecutor, accounts totally over 248 separate accounts.

Verizon materially misrepresented to the Federal prosecutor, a debt carried over from the sale of Alltel Wireless, whereas in federal regulation sales documents, specifically deny such assumption of Alltel wireless service debts.

3

*IV.*STATEMENT OF CLAIM - *continued.*

Verizon materially misrepresented a debt to the Governments prosecutors where as Alltel prior to sale, sold all bad debt business, and personal to a Collection agency, and that it was subsequently provided that such debt only existed in the amount of $100.00, not $96,000.00

Verizon materially has received unauthorized payments from restitution, which wasn't owed, and subsequently creates fraudulently obtained. Alltel Wireless presented for payment to a collection organization a debt for the same stated contract, in which there wasn't any loss assumed by Verizon, since such sale occurred as part of resolution process prior to the sale to Verizon, AFNI Incorporated 1310 Martin Luther King Drive, Bloomington, IL 61702, was the resolution agency, not Verizon.

In providing false statements and documents, Verizon created a violation of the plaintiff fifth Amendment rights, in that its case as designated against the plaintiff was dismissed in state court without further action, and that such fraudulent action was done purposefully since the state court didn't prosecute with what Verizon thought was significant.

## V.    RELIEF.

*State briefly and exactly what you want this court to do for you.*

1. Defamation, libel, slander-$1,000,000.00
2.Punitive damages-$117,054.37
3.Violating the plaintiff fifth Amendment rights-$1,000,000.00
4.And any other sanctions, fines and considerations the court may impose.
5.Unlawful imprisonment-$1,000,000.00

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this _____15_____ day of _March_ , _20§_ .

_____
*Signature of Plaintiff*